**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FLORIDA HEALTH SCIENCES CENTER,
INC. d/b/a TAMPA GENERAL HOSPITAL
1 Tampa General Circle
Tampa, Florida 33601,

                Plaintiff,

v.

XAVIER BECERRA, Secretary
United States Department of
Health and Human Services,
200 Independence Avenue S.W.
Washington, District of Columbia 20201,

                Defendant.

Civ. No. _____

## CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for Florida Health Sciences Center, Inc. certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the plaintiff company which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

*/s/ Stephanie A. Webster*
Stephanie A. Webster
DC Bar No. 479524
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, D.C. 20006-6807
t: (202) 508-4859
stephanie.webster@ropesgray.com

*Counsel for Plaintiff*

Dated:  March 26, 2024